UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

**Charles A Izzo, Jr.**

-------------------------------------------------------X

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

22-CV-00554 VB

FROM:  VITO GENNA, CLERK
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

TO:    RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Charles A. Izzo, Jr.
DATE OF FILING NOTICE OF APPEAL: 05/03/2021
BANKRUPTCY DOCUMENT #: 99

BANKRUPTCY CASE: **19-B-36656 (CGM)**

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

  **X**  FRBP 8009
  ___  Federal Rules of Civil Procedure (Rule _____)
  ___  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **January 21, 2022**                           Vito Genna, Clerk
        New York, New York                             U.S. Bankruptcy Court, SDNY

                                                By:    Gwen Kinchen
                                                       Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ___Jan 21___, 2022
      ~~New York~~, New York
      White Plains

                                                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

                                                Ruby J. Krajick, Clerk
                                                District Court, SDNY

                                         By: _____
                                                Deputy Clerk